# Court of Appeals
# of the State of Georgia

ATLANTA, April 15, 2025

*The Court of Appeals hereby passes the following order:*

## A25D0313. PAM SHUMAN et al. v. BULLOCH COUNTY BOARD OF COMMISSIONERS AND R&H DEVELOPMENT COMPANY, INC.

This case arises from the request of R & H Development Company, Inc. ("R & H") for re-zoning of a 60.2 acre tract from agricultural to residential use and R & H's plan to subdivide the tract into approximately 60 residential lots. Neighboring landowners (the "Petitioners") objected to the plan, and after the Bulloch County Board of Commissioners granted R & H's request, the Petitioners filed a petition for review to the superior court. The superior court denied the petition on February 14, 2025, and the Petitioners filed this application for discretionary review on March 18, 2025. We lack jurisdiction.

To be timely, an application for discretionary appeal must be filed within 30 days of entry of the order sought to be appealed. OCGA § 5-6-35 (d). The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith. *Boyle v. State*, 190 Ga. App. 734, 734 (380 SE2d 57) (1989). The Petitioners' application, filed 32 days after the superior court's order, is thus untimely.

The Petitioners have filed a motion to accept their late filing, contending that they received notice from this Court that their application was deficient on Monday, March 17 — St. Patrick's Day — when their office was closed. However, under our rules, "[n]o extensions of time will be granted to file a discretionary application unless a motion for extension is filed on or before the application due date." Court of Appeals Rule 31 (h). See also OCGA § 5-6-39 (d); *Crosson v. Conway*, 291 Ga. 220,

220 (1) (728 SE2d 617) (2012) ("A failure to meet the statutory deadline for filing a discretionary application, which is 30 days under OCGA § 5-6-35 (d) plus any proper extensions pursuant to OCGA § 5-6-39, is a jurisdictional defect."). Nor is St. Patrick's Day a state or federal holiday which would toll the deadline. See OCGA § 1-3-1 (d) (3).

For these reasons, the Petitioners' motion to accept a late filing is DENIED and this application is hereby DISMISSED.



Court of Appeals of the State of Georgia
  Clerk's Office, Atlanta, __04/15/2025_____

     *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

     *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*